UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:22-04941 MCS (ADS)                           Date: January 31, 2023

Title: *David Daryl Jones v. Kilolo Kijakazi et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

On July 18, 2022, Plaintiff, appearing pro se, filed this civil lawsuit seeking review of a decision of the Commissioner of the Social Security. (Dkt. No. 1.)

On October 26, 2022, a Case Management Order was issued. (Dkt. No. 9.) Pursuant to the Case Management Order, Plaintiff was to serve the summons and complaint on the Defendant promptly in accordance with Federal Rule of Civil Procedure 4(i) and 20 C.F.R. § 423.1. Plaintiff was further ordered to file an appropriate proof of service of the summons and complaint on the Defendant within thirty (30) days from the date of the Case Management Order. Accordingly, Plaintiff was to have filed a proof of service no later than November 28, 2022. To date, no proof of service has been filed and no request for an extension has been made.

Plaintiff is hereby ordered to show cause in writing why this case should not be dismissed for failure to prosecute and obey Court orders by no later than February 14, 2023. In response to this order, a proof of service may be filed, or Plaintiff may file a statement with the Court explaining why he has failed to properly serve the summons and complaint on the Defendant in accordance with the Case Management Order and specify a date by which one will be filed. If Plaintiff has decided to no longer pursue this case, he may file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:22-04941 MCS (ADS)                             Date: January 31, 2023

Title: *David Daryl Jones v. Kilolo Kijakazi et al.*

**Failure to timely file a response to this OSC with the Court, as directed above, may result in this action being dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh