UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DARYL JONES, | Case No. 2:22-cv-04941-MCS-ADS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, and Does 1 to 15, | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Case for Failure to Prosecute and Comply with Court Orders (ECF No. 11), it is ordered, adjudged, and decreed that this action is dismissed without prejudice. Plaintiff shall take nothing. This Judgment is effective nunc pro tunc to February 21, 2023.

**IT IS SO ORDERED.**

Dated: March 23, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1